

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**10/14/2015**                                                        **COA No. 12-14-00027-CR**
**DORSETT, WILLIAM GRANT    Tr. Ct. No. B-19,825**        **PD-0514-15**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *